Order filed April 29, 2016



In The

# Eleventh Court of Appeals

_____

No. 11-16-00108-CV

_____

## BITTER CREEK WATER SUPPLY CORPORATION, Appellant

## V.

## WESLEY SIMS, Appellee

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 19,506**

### O R D E R

Out of an abundance of caution, Bitter Creek Water Supply Corporation filed a notice of appeal from a March 17, 2016 order related to the parties' motions for summary judgment. Bitter Creek stated in its notice of appeal that it did not believe that the order was a final judgment. When the appeal was filed in this court, the clerk of this court noted that the March 17 order may not be a final, appealable order and requested that Bitter Creek file a response showing grounds

to continue this appeal. Bitter Creek has now filed in this court a motion to abate the appeal, and Wesley Sims has agreed that the March 17 order is not a final judgment. In its motion, Bitter Creek requests that we abate the appeal to permit the trial court to enter a final judgment. *See* TEX. R. APP. P. 27.2. We grant the motion to abate.

In its motion, Bitter Creek requests that the appeal be abated for up to forty-five days. Accordingly, if a final, appealable order or judgment has not been entered by June 13, 2016, this court may dismiss this appeal. *See* TEX. R. APP. P. 42.3. If a final judgment is entered by that date, Bitter Creek is ordered to notify this court immediately.

The motion is granted, and the appeal is abated.

PER CURIAM

April 29, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2